UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD WILLIAM IRELAND, | Case No. 2:19-cv-01104-KJM-JDP (PC) |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH COURT ORDERS, AND FAILURE TO STATE A CLAIM |
| v. | |
| SOLANO COUNTY, *et al.*, | |
| Defendants. | OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On August 26, 2021, defendants filed a motion for summary judgment. ECF No. 41. In violation of Local Rule 230(l), plaintiff failed to timely file an opposition or statement of non-opposition to defendants' motion. Accordingly, on October 27, 2021, I ordered plaintiff to show cause within twenty-one days why this action should not be dismissed for failure to prosecute and for failure to comply with the court's local rules. ECF No. 44. I notified him that if he wished to continue this lawsuit, he needed to file, within twenty-one days, an opposition to respondent's motion or a statement of non-opposition. *Id*. I also warned him that failure to comply with the October 27 order would result in a recommendation that this action be dismissed.

The deadline has passed, and plaintiff has not filed an opposition or statement of non-opposition to defendants' motion nor otherwise responded to the October 27, 2021 order.[1]

---

[1] Although it appears from the file that plaintiff's copy of the October 27, 2021 order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court

1

Accordingly, it is hereby RECOMMENDED that:

1. This action be dismissed for failure to prosecute, failure to comply with court orders, and failure to comply with the court's local rules.

2. The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   December 6, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

apprised of his current address. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

2